**Michael RATHMANN, Respondent,**

v.

**MILBANK MANUFACTURING COMPANY, Cunningham Lindsey Claims Management Services, Appellants.**

No. WD 60497.

Missouri Court of Appeals, Western District.

Submitted April 9, 2002.

Decided July 9, 2002.

Thomas R. Hill, Kansas City, MO, for Appellant.

Jerrold Kenter, Kansas City, MO, for Respondent.

Before PATRICIA BRECKENRIDGE, P.J., HAROLD L. LOWENSTEIN and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

Milbank Manufacturing Company appeals an award of compensation to Michael Rathmann under the Worker's Compensation Act. Having carefully considered the contentions on appeal, we find no grounds for reversing the award. Publication of a formal opinion would not serve jurispru-

dential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).